IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RAYMOND K. HEDGESPETH,

    Plaintiff,

v.

DOUG BELIAL, et al

    Defendants.

ORDER

Case No. 20-cv-361-bbc

---

Plaintiff Raymond K. Hedgespeth, a patient at Sand Ridge Secure Treatment Center in Mauston, Wisconsin has filed a proposed civil complaint, but has neither paid the filing fee nor requested leave to proceed without prepayment. For this case to proceed, plaintiff must pay the $400 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than May 13, 2020.

A motion for leave to proceed without prepayment of the filing fee must be accompanied by a certified copy of plaintiff's resident account statement (or institutional equivalent) for the six-month period immediately preceding the date of the complaint. 28 U.S.C. § 1915(a)(2). This court uses one method for determining the indigent status of all institutionalized persons, even those like plaintiff who are not subject to the 1996 Prisoner Litigation Reform Act. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).

ORDER

IT IS ORDERED that plaintiff Raymond K. Hedgespeth may have until May 13, 2020 to submit the $400 filing fee or a motion for leave to proceed without prepayment and a trust fund account statement for the period beginning approximately October 22, 2019 and ending approximately April 22, 2020.  If, by May 13, 2020, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.  In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 22nd day of April, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAYMOND K. HEDGESPETH,

    Plaintiff,

v.

DOUG BELIAL, et al.

    Defendants.

ORDER

Case No. 20-cv-361-bbc

**REQUEST TO PROCEED IN DISTRICT COURT
WITHOUT PREPAYING THE FULL FILING FEE**

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the court may dismiss your lawsuit.

**I.     Personal Information**

1)     Your name: _____

    (a)    Are you employed at the institution?    ☐ Yes    ☐ No

    (b)    Do you receive any payment from the institution?    ☐ Yes    ☐ No

**Attach a printout of your resident account statement showing transactions for the six-month period immediately preceding the filing of this request and showing the current balance of your account.**

2)     Do you have any dependents that you are responsible for supporting?

    ☐ Yes    ☐ No

    If "yes," list them below.

| Name or initials (for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

**II.**    **Property or Assets:** - If you are married, your answers must *include your spouse's property.*

1 )    Do you own a car?

☐ Yes          ☐ No                    If "yes," list the car(s) below:

<u>Make and Model</u>                                    <u>Year</u>        <u>Approximate Current Value</u>

_____   _____   $_____

_____   _____   $_____

2)    Do you own your home(s)?          ☐ Yes          ☐ No

If "Yes," state the approximate value(s).     $ _____

What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)?   $ _____

3)    Do you have any cash or checking, savings, or other similar accounts?
☐ Yes          ☐ No

If "Yes," state the total of such sums.        $ _____

4)    Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork, or jewelry?

☐ Yes          ☐ No

If "Yes," describe the property and the approximate value(s).

_____

_____

**III.**    <u>**Other Circumstances**</u> - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

_____

_____

_____

I, _____, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the full filing fee and that I am entitled to the relief sought in the complaint.

_____  _____
Date  **Signature** - **Signed Under Penalty of Perjury**