IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAYMOND K. HEDGESPETH, JR.,

    Plaintiff,

    v.                                         Case No. 20-cv-361-bbc

DOUG BELLILE AND LISA POULIE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | 6/19/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |